UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John A. Dowdle, Jr., M.D.,

Plaintiff,

v.

National Life Insurance Company,

Defendant.

Court File No. 01-2346 ADM/SRN

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

The undersigned parties stipulate to and jointly move this Court for an amendment to the Court's February 21, 2002, Pretrial Scheduling Order. Through discovery, the parties have been successful in narrowing the issues. At present, the parties are in the process of exchanging information regarding Dr. Dowdle's income and his physical disability. Later this month, the parties will be conferring on a potential settlement. Essentially, once the parties can agree on the calculation of Dr. Dowdle's post-disability monthly earnings, and the Defendant is apprised of Dr. Dowdle's present physical condition, there will be minimal barriers to settlement.

The Pretrial Scheduling Order provides that discovery be completed by September 16, 2002 and dispositive motions completed by December 2, 2002. Both parties believe that the aforementioned settlement process will be more likely to succeed if it is not conducted with a pending motion for summary judgment before the Court. In light of this concern, and in view of the likelihood of settlement, the parties jointly request the Court to amend the scheduling order to permit the discovery deadline extended to December 1, 2002 and dispositive motions to be served, filed and heard by February 1, 2003.

SEP 2 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 13 of September, 2002.

**KRASS MONROE, P.A.**

John Harper III (ID# 41397)
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431
Telephone: 952-885-5999

Dated this 18 of September, 2002.

**LINDQUIST & VENNUM P.L.L.P.**

Kurtis A. Greenley (ID# 37527)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-371-3211

**ORDER**

Based upon the foregoing stipulation, it is hereby ordered:

1. That discovery shall be commenced in time to be completed by December 1, 2002; and
2. That dispositive motions must be served, filed and heard by February 1, 2003.

Dated this 23rd day of September, 2002.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

G:\WPDATA\U\UNUMPROVIDENT\59-DOWDLE\PLD\STIP & ORDER TO AMD SO.DOC