**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Court File No. 01-2346 ADM/SRN**

John A. Dowdle, Jr., M.D.,

Plaintiff,

v.

National Life Insurance Company,

Defendant.

**STIPULATED PROTECTIVE ORDER**

**WHEREAS,** defendant National Life Insurance Company has subpoenaed certain financial documents and records from EvaluMed, Inc., which documents contain confidential, non-public information; and

**WHEREAS,** it is the position of plaintiff that these documents are not relevant to this litigation, and further it is the desire of plaintiff that the material subject to this subpoena be treated as confidential information and not subject to public disclosure. Defendant National Life of Vermont acknowledges the confidential nature of the documents being subpoenaed.

**IT IS THEREFORE STIPULATED AND AGREED** by the parties, through their respective counsel, that the documents to be produced by EvaluMed pursuant to defendant's subpoena may be marked as "Confidential" and shall remain Confidential and shall be used for the purpose of this litigation only. The defendant, its attorneys, and others involved in this litigation shall not directly or indirectly transfer or disclose the information designated as "Confidential" to any third party not involved in this litigation. Any individual in this litigation



MAR 20 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

who receives this Confidential information shall take all necessary steps to maintain its confidentiality.

All pleadings, including motions, briefs, memoranda, and other documents filed with the Court purporting to paraphrase, reference, or incorporate the Confidential information, shall not set forth the Confidential information but rather, by footnote or appropriate reference in the context of the document, refer to the Confidential information that is separately submitted and filed with the Court in a sealed envelope upon which shall be endorsed the title of this action and with the following statement:

**CONFIDENTIAL– PROTECTIVE ORDER**
**THIS ENVELOPE CONTAINS DOCUMENTS WHICH HAVE BEEN DESIGNATED AS CONFIDENTIAL AND IS NOT TO BE OPENED AND ITS CONTENTS ARE NOT TO BE DISCLOSED TO ANY PERSON OTHER THAN THE COURT OR ITS CLERKS, EXCEPT BY ORDER OF THE COURT OR UPON STIPULATION OF THE PARTIES**

It is recognized that the parties intend to file cross motions for summary judgment. It is further acknowledged that plaintiff deems the Confidential information not to be relevant to the cross motions for summary judgment, but defendant may deem the Confidential information to be relevant to the motions. Consequently, should the Court in deciding the cross motions for summary judgment deem the Confidential information to be relevant to its decision, the parties will jointly request that the Court's written decision on the cross motions for summary judgment not set forth the specifics of the Confidential information but merely reference and note the significance, if any, of said Confidential information.

Within thirty (30) days of the completion of this litigation, defendant and its attorneys shall destroy all Confidential documents and materials obtained by it pursuant to subpoena served on EvaluMed, Inc.

The obligation to destroy all Confidential documents and materials obtained by National Life shall not extend to documents necessary to ascertain plaintiff's entitlement to disability benefits under his policies. The Confidential documents will be maintained by National Life's Claims Department and treated as Confidential.

This Stipulated Protective Order shall survive the termination of this legal action.

**IT IS SO STIPULATED AND AGREED.**

Dated: March 10, 2003

LINDQUIST & VENNUM P.L.L.P.

By________________________

Bert J. McKasy, Atty. I.D. #7016
Kurtis A. Greenley, Atty. I.D. # 37527
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

***ATTORNEYS FOR PLAINTIFF***

Dated: 3/13/03________

KRASS MONROE P.A.

By________________________

John Harper III, Atty. I.D. # 41397
Terrance J. Wagener, Atty. I.D. # 213676
1100 Southpointe Office Center
1650 West 82nd Street
Minneapolis, MN 55431-1447
(952) 885-5999

***ATTORNEYS FOR DEFENDANT***

**ORDER**

Based upon the foregoing Stipulation entered into by the parties and upon all the files, records and proceedings herein,

**SO ORDERED**

Dated: 3-20-03

Susan Richard Nelson
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.