**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Court File No. 01-2346 ADM/SRN**

John A. Dowdle, Jr., M.D.,

Plaintiff,

v.

National Life Insurance Company,

Defendant.

**STIPULATION FOR FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER FOR JUDGMENT DETERMINING AMOUNT OF BENEFITS**

---

WHEREAS, on or about August 28, 2003, this Court issued a Memorandum Opinion and Order granting to plaintiff a Motion for Partial Summary Judgment and denying defendant's Motion for Summary Judgment. In so doing, this Court determined that Dr. Dowdle was entitled to total disability benefits under his Disability Income Policy and under his Professional Overhead Disability Policy;

WHEREAS, in its August 28, 2003 Memorandum Opinion and Order, this Court further held that the amounts due under the Disability Income Policy and the Professional Overhead Expense Disability Policy were reserved for future determination;

WHEREAS, plaintiff has filed a Motion for Summary Judgment seeking a determination of the benefits due under each of these two policies, which Motion was supported by Affidavits and financial documents;

WHEREAS, the parties have reached an agreement with respect to the benefits owing and the prejudgment interest to be awarded to plaintiff.

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the attached Findings of Fact, Conclusions of Law, and Order for Judgment and marked Exhibit A, are stipulated to, and the parties agree that the Court may enter the attached Findings of Fact, Conclusions of Law, and Order for Judgment and that judgment may be entered in accordance therewith.

Dated: February 9, 2004

LINDQUIST & VENNUM P.L.L.P.

By: s/ Kurtis A. Greenley

Kurtis A. Greenley, Atty. I.D.#37527
Bert J. McKasy, Atty. I.D.#7016
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

***ATTORNEYS FOR PLAINTIFF***

Dated: March 5, 2004

KRASS MONROE P.A.

By: s/ Terrance J. Wagener

John Harper III, Atty. I.D. # 41397
Terrance J. Wagener, Atty. I.D. # 213676
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431-1447
(952) 885-5999

***ATTORNEYS FOR DEFENDANT***