**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

*John A. Dowdal, Jr., MD v. National Life Insurance Company*
**CV 01-2346 ADM/SRN**

I hereby certify that on June 18, 2004, I caused the following documents:

**Stipulation for Findings of Fact, Conclusions of Law, and Order for Judgment Determining Amount of Benefits with Exhibit A**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

John Harper

Terrance J. Wagener

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants: N/A

Dated: June 18, 2004

**s/ Kurtis A. Greenley**
Kurtis A. Greenley
Bar Number 37527
Lindquist & Vennum P.L.L.P.
80 South 8th Street
4200 IDS Center
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (FAX)