OAO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

John A. Dowdle, Jr., M.D.

V.

National Life Insurance Company

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2346 ADM/SRN

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. Pursuant to stipulation of the parties.

IT IS ORDERED AND ADJUDGED THAT:
Judgment shall be entered against defendant National Life Insurance Company and in favor of Plaintiff Dr. Dowdle in the amount of $169,905.64 for disability income benefits owing through 12/31/03, under the Disability Income Policy. Claims for benefits after 12/31/03 are not before the Court. This judgment for damages through 12/31/03 does not limit, preclude, waive or prejudice Dr. Dowdle's claims for benefits after 12/31/03, nor does it preclude Dr. Dowdle from bringing any further actions for benefits after 12/31/03. Similarly this judgment does not limit, preclude, waive or prejudice National Life's ability to assert defenses or otherwise object to Dr. Dowdle 's claims for disability benefits or actions for benefits after 12/31/03. Judgment shall be entered against defendant National Life Insurance Company and in favor of Plaintiff, Dr. Dowdle, in the additional amount of $308,000.00 for covered overhead expenses not previously reimbursed under the Professional Overhead Expense Disability Policy. In addition to the amounts noted above, judgment shall be entered awarding Plaintiff, Dr. Dowdle, prejudgment interest in the amount of $22,929.87. Plaintiff is awarded his taxable costs and disbursements.

June 21, 2004
Date

RICHARD D. SLETTEN, CLERK

s/ G. Schneider
(By) G. Schneider, Deputy Clerk