**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John A. Dowdle, Jr., M.D.

Plaintiff-Appellee,

vs.

National Life Insurance Company,

Defendant-Appellant.

01-2346 ADM/JSM

Civil File No. ~~01-1796 MJD/SRN~~

**NOTICE OF APPEAL**

---

**PLEASE TAKE NOTICE** that Defendant National Life Insurance Company hereby appeals to the United States Court of Appeals for the Eighth Circuit from the District Court's Final Judgment filed June 21, 2004, and the Memorandum Opinion and Order filed August 28, 2003.

Dated: June 24, 2004

**KRASS MONROE, P.A.**

Terrance J. Wagener, ID# 213676
John Harper III, ID# 41397
Attorneys for Defendant
Suite 1000
8000 Norman Center Drive
Minneapolis, MN 55437
Telephone: (952) 885-5999
Fax: (952) 885-5969
Email: twagener@krassmonroe.com

G:\WPDATA\U\UNUMPROVIDENT 10363\059-DOWDLE\APPEAL\PLDG\NOTICE OF APPEAL.DOC

**ORIGINAL**

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

**AFFIDAVIT OF SERVICE BY AND U.S. MAIL**

Sharron L. Mills, of the City of Savage, in the State of Minnesota, being duly sworn, says that on the 24th day of June, 2004, she served Plaintiff's Notice of Appeal and Appellant's Form A on:

Kurtis A. Greenley, Esq.
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Re: *John A. Dowdle, Jr., M.D., v. National Life Insurance Company*
Our File No. 10363-59
Court File No. 01-2346 ADM/SRN

the attorney for the Plaintiff in this proceeding, via U.S. Mail, enclosed in an envelope, postage prepaid, and by depositing same in the office in Bloomington Minnesota, at the address as shown above.

Sharron L. Mills
Sharron L. Mills

Subscribed and sworn to before me
this 24th day of June 2004.

Jodie Thunstrom
Notary Public

JODIE THUNSTROM
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

G:\WPDATA\U\UNUMPROVIDENT 10363\059-DOWDLE\APPEAL\PLDG\AFF-SERV SLM 1.DOC