# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101

(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802

(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN
56537
(218) 739-5758

## TRANSMITTAL INFORMATION SHEET

**Date:** April 14, 2005

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Amy Linner, U.S. District Court - Minnesota

**In Re:** District Court Case No.: 01-2346 ADM/JSM
Eighth Circuit Case No.: 04-2628
Case Title: Dowdle v. National Life Insurance Company

---

TRANSMITTED HEREWITH:

_X_ Original File(s), consisting of 2 file(s).

_X_ Two certified copies, and one uncertified copy of updated docket sheet.

___ Designated Clerk's Record #

_X_ Other: 1 expandable file

___ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: __________ Received by: ____________________

Date Returned to USDC: ____________