**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

**RECORDS TRANSMITTAL SHEET**

**DATE:** June 21, 2005

RE: 04-2628 John A. Dowdle, Jr. vs. Natl. Life Ins. Co.

RECEIVED
05 JUN 27 AM 10:30
CLERK U.S. DISTRICT COURT
MINNEAPOLIS

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file: 2 vols.and 1 exp. folder    Transcript:

Deposition:    Sealed:

Exhibits:

Other:

[x] Case closed    [ ] Counsel appointed

[ ] Per your request    [ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 02-2347 ADM/JSM

jjf

JUN 27 2005