UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Court File No. 01-2346 ADM/SRN**

John A. Dowdle, Jr., M.D.,

Plaintiff,

v.

National Life Insurance Company,

Defendant.

**SATISFACTION OF JUDGMENT**

I, John A. Dowdle, Jr., M.D., plaintiff in the above-entitled matter, hereby certify that all Judgments entered and docketed in the above-named Court in favor of the undersigned and against National Life Insurance Company, including the Judgment in the District Court on June 21, 2004 [Docket No. 55], and the Judgment in the Eighth Circuit Court of Appeals on May 19, 2005 [Docket No. 60], and filed in the District Court on June 13, 2005 [Docket No. 59], have been paid and satisfied in full. The Clerk of said Court is hereby authorized to discharge said Judgments of record.

Dated: July 11, 2005.

John A. Dowdle, Jr., M.D.

Subscribed and sworn to before me
this 11 day of July, 2005.

Notary Public

GARY WAYNE KOCK
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

Doc# 2034882\1