**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---------------------------------------------------

John A. Dowdle, Jr., M.D.,

Plaintiff,

v.

National Life Insurance Company,

Defendant.

---------------------------------------------------

Court File No. 01-2346 ADM/SRN

**DEFENDANT'S CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2005, I caused the following document:

Satisfaction of Judgment

to be filed electronically with the Clerk of Court through ECF and that ECF will send an e-notice of the electronic filing to the following:

Kurtis A. Greenley, Esq.
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Dated: July 14, 2005

s/Terrance J. Wagener
John Harper III (ID # 41397)
Terrance J. Wagener (ID # 213676)
Attorneys for Defendant
Krass Monroe, P.A.
Suite 1000
8000 Norman Center Drive
Minneapolis, MN 55437
Telephone: (952) 885-5999
Fax: (952) 885-5969